LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

FILED
APR 0 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE PINKNEY,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendants. | Case No. C 06 0040 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>HON. MARTIN J. JENKINS |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: March 29, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

Emily Charley
Attorneys for Plaintiff

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/4/2006
DATE

VOLUNTARY DISMISSAL                                                    PAGE 1